IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOLL, INC., | No. C 12-80193 SI |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY AND EXHIBITS** |
| MODERNO, INC., *et al.*, | |
| Defendants. | |

Defendants' administrative motion to file under seal the reply brief and attached exhibits is DENIED. Defendants have not demonstrated that any of the documents at issue are privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

This order resolves Docket No. 10.

**IT IS SO ORDERED.**

Dated: September 18, 2012

SUSAN ILLSTON
United States District Judge